IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01886-ZLW-CBS

PHILIP C. SEKAR,
    Plaintiff,
v.

TRUDY UTT, et al.,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Sekar's letter (filed February 20, 2007) (doc. # 13) in response to the court's Order granting Sekar's request for a 30-day extension of time to serve the Defendants. Sekar indicates that he has not yet served Defendants. The court has reviewed the entire case file, and the applicable law and is sufficiently advised in the premises.

Proceeding *pro se*, Sekar filed his Complaint on September 22, 2006. Rule 4 of the Federal Rules of Civil Procedure provides for service of the summons and complaint. For example, "[s]ervice *may be effected by any person who is not a party* and who is at least 18 years of age." Fed. R. Civ. P. 4(c)(2) (emphasis added). Fed. R. Civ. P. 4(m) provides:

> "If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. . . .

As of this date, Sekar has not filed with the court proof of service on the Defendants and 153 days have passed since the filing of the Complaint. Without proof of service, the court lacks personal jurisdiction over the Defendants. *See Oklahoma Radio Associates v. F.D.I.C.*, 969 F.2d 940, 943 (10th Cir. 1992) ("Rule 4 service of process provides the mechanism by which a court having venue and jurisdiction over the subject matter of an

1

a
b
c

action asserts jurisdiction over the person of the party served") (citations omitted).

Accordingly, IT IS ORDERED that:

1. **The deadline for service of the summons and complaint on Defendants is extended to March 22, 2007.  No further extensions will be granted**.

2. Sekar is advised that failure to properly serve Defendants with this civil action on or before March 22, 2007 may result in a recommendation for dismissal of this civil action without further notice.

DATED at Denver, Colorado, this 23rd day of February, 2007.

BY THE COURT:

   s/Craig B. Shaffer     
United States Magistrate Judge