IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01886-ZLW-CBS

PHILIP C. SEKAR,

    Plaintiff,

v.

TRUDY UTT,
NILEEN WEAVER, and
KATHY STEELE, all of Echostar Corporation,

    Defendants.

_____

ORDER OF DISMISSAL
_____

    Plaintiff Philip C. Sekar filed a Complaint on September 22, 2006.  Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this matter was referred to Magistrate Judge Craig B. Shaffer.  On April 3, 2007, Magistrate Judge Shaffer filed a Recommendation Of United States Magistrate Judge (Doc. No. 17) in which he recommended that the Complaint be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) for failure to timely serve Defendants and pursuant to D.C.COLO.LCivR 41.1 for failure to prosecute.  Plaintiff has filed no objections.

    The Court after careful consideration, agrees with the Magistrate Judge's analysis and conclusion, and hereby accepts and adopts the Magistrate Judge's findings and Recommendation.  Therefore, it is

ORDERED that the Complaint and cause of action are dismissed without prejudice.  It is

FURTHER ORDERED that the Clerk shall enter judgment for dismissal without prejudice.

DATED at Denver, Colorado, this  26  day of October, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court